[No. 69695-5-I.  Division One.  February 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES SPIVEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01160-1, Bruce W. Hilyer, J., entered December 4, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 69961-0-I.  Division One.  February 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD FULTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06056-4, Joan E. DuBuque, J., entered February 1, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70212-2-I.  Division One.  February 10, 2014.]

HOWARD J. GALE, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-38553-0, Theresa B. Doyle, J., entered March 18, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 42659-5-II.  Division Two.  February 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DESHAN AKEEM WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-01215-5, Diane M. Woolard, J., entered September 15, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Maxa, J.